**Form 173**[Notice of Filing of Evidence of Transfer]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:

    Christopher D. Taylor and Melissa A. Taylor

        Debtor(s).

Case No. 09−33121 RKM
Chapter 13

## NOTICE OF FILING OF EVIDENCE OF TRANSFER

The Court has received information stating the claim that you filed has been transferred as follows:

    Clerk's Notice of Filing Evidence of Transfer Re: Transferor: Bank of America, N.A. Amount: $75,883.41 (lph)

Pursuant to Fed. R. Bankr. P.3001 (e)(2), you have 21 days to file an objection to this transfer.

Dated: April 18, 2013

                                          David A. Sime
                                          Clerk of Court

United States Bankruptcy Court
District of Utah

In re:  
Christopher D. Taylor  
Melissa A. Taylor  
    Debtors

Case No. 09-33121-RKM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1088-2     User: lph     Page 1 of 2     Date Rcvd: Apr 18, 2013  
                   Form ID: f173     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2013.  
6830262      +Bank of America, NA,    c/o BAC Home Loans Servicing, LP,    1757 Tapo Canyon Road,    Mail Code: CA6-913-01-01,    Simi Valley, CA 93063-3390

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 20, 2013**          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 1088-2          User: lph                 Page 2 of 2                  Date Rcvd: Apr 18, 2013
                              Form ID: f173             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2013 at the address(es) listed below:
          Kevin R. Anderson tr    kanderson@ch13kra.com, lneebling@ch13kra.com
          Lee J. Davis    on behalf of Joint Debtor Melissa A. Taylor davisjonesnotice@utahdebtcare.com,
          davisjonesnotice@gmail.com
          Lee J. Davis    on behalf of Debtor Christopher D. Taylor davisjonesnotice@utahdebtcare.com,
          davisjonesnotice@gmail.com
          Patti H. Bass    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
          Patti H. Bass    on behalf of Creditor   HSBC Bank Nevada, N.A. ecf@bass-associates.com
          United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                                    TOTAL: 6